## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

L.C. GRAVES,

       Plaintiff,                           JUDGMENT IN A CIVIL CASE

v.                                       13-cv-131-bbc

UNITED STATES OF AMERICA,

       Defendant.

---

       This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

       IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant United States of America denying plaintiff's motion to set aside the forfeiture of the currency seized from him on June 15, 2017.

| | |
|---|---|
| /s/ | 6/26/2013 |
| Peter Oppeneer, Clerk of Court | Date |